

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-12-00263-CV

MILDRED DUNN, Appellant

V.

PARK HARBOR IMPROVEMENT ASSOCIATION, INC., Appellee

Appeal from the 234th District Court of Harris County.   (Tr. Ct. No. 1048259).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, MILDRED DUNN, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 23, 2012.

Per curiam opinion delivered by panel consisting of Justices Bland, Massengale, and Brown.